IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARCUS T. MOORE**,

Petitioner,

v.

**UNITED STATES OF AMERICA**,

Respondent.                                          No. 09-CV-1039-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on March 31, 2011, the petition is **DENIED** and this petition is **DISMISSED** with prejudice.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


BY:    /s/*Sandy Pannier*
              **Deputy Clerk**

Dated: March 31, 2011

Digitally signed by David R. Herndon
Date: 2011.03.31 12:00:35 -05'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT